## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIEN STEINMETZ, | : Civil No.  1:23-CV-2066 |
| | : |
| Plaintiff | : |
| | : |
| v. | : |
| | : (Chief Magistrate Judge Bloom) |
| CAROLYN COLVIN, Acting | : |
| Commissioner of Social Security, | : |
| | : |
| Defendant | : |

## ORDER

AND NOW, this 6th day of January 2025, in accordance with the accompanying Memorandum Opinion, IT IS HEREBY ORDERED that the final decision of the Commissioner denying this claim is VACATED, and this case is REMANDED to the Commissioner for further administrative proceedings pursuant to 42 U.S.C. § 405(g). IT IS FURTHER ORDERED that final judgment should be entered in favor of the plaintiff and against the Commissioner of Social Security.

_s/ Daryl F. Bloom_
Daryl F. Bloom
Chief United States Magistrate Judge